**Order filed January 31, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00946-CV
_____

**EARLINE MELENDEZ, Appellant**

**V.**

**HOUSTON INDEPENDENT SCHOOL DISTIRCT
and CONNIE BERGER, Appellees**

---

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2010-20517**

---

## O R D E R

Appellant's brief was due January 10, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **February 15, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM